IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES THOMAS SMITH,

     Plaintiff,

v.                                                                4:18cv346–WS/CAS

CORIZON MEDICAL GROUP,
et al.,

     Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF
No. 25) docketed March 1, 2019. The magistrate judge recommends that this case
be dismissed without prejudice for failure to prosecute and to comply with an order
of the court. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and
recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 25) is

adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to prosecute and to comply with an order of the court.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ___1st___ day of ___April___, 2019.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE